# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Michael Flynn, Esq., Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __*11-13-19*__ .

Offices throughout the Northeast
Toll Free: (866) 877-FELA

November 11, 2019

*ADJOURNED TO WEDNESDAY,*
*DECEMBER 4, 2019,*
*AT 4:30PM.*

*SO ORDERED.*

*[signature]*
*USDJ*

*11/12/19.*

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE:  CATHERINE BELL V. NATIONAL RAILROAD PASSENGER CORP.
___ 19 Civ. 7057 (JGK) _____

Dear Judge Koeltl:

We are plaintiff's counsel in the above-entitled case scheduled for an initial conference on November 14, 2019 at 4:30 PM.  I write to request a brief adjournment of the conference.  I am scheduled to attend a conference in New Jersey before Magistrate Judge Dickson at 3:30 PM in the matter of *L. Bell v. NJ Transit.*  My associate was originally scheduled to appear at the conference before Your Honor, however, he is now scheduled to attend the De Benne Esse video deposition of defendant's expert witness, Dr. Paul Hobeika for use in a trial that is starting on Monday, November 18, 2019 before Judge Stanton in the matter of *Tricoche v. MTA.*  Defense counsel advised my office on Friday at 4:45 PM that the video deposition of Dr. Hobeika was scheduled for Thursday, November 14, 2019 at 5:30 PM at his offices at 1090 Amsterdam Avenue (intersection with 114th Street), New York, New York.

It is respectfully requested that the conference in *C. Bell v. Amtrak* be adjourned.  I have spoken with defense counsel and he consents to the request and the parties are available on:

- November 26, 2019
- December 2, 2019
- December 3, 2019
- December 4, 2019
- December 5, 2019

Consequently, it is respectfully requested that the conference be adjourned to a date and time listed above or to a date convenient to the Court.

Respectfully submitted,

Marc Wietzke

MW:EF
Cc:  Colin Be, Esq.